UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**Zayd Abdur Rashid,**

                              **Plaintiff,**

**-v-**                                                           **9:95-CV-676**

**Syed Hussain,** *et al.***,**

                              **Defendants.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Zayd Abdur Rashid
83-A-4615
Arthur Kill Correctional Facility
2911 Arthur Kill Road
Staten Island, NY 10309
Plaintiff , *Pro Se*

Office of New York State Attorney General
Edward Thompson, Esq.
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

### ORDER

Plaintiff's counsel, Jeffrey R. Parry, Esq., has failed to renew his registration to practice in Federal District Court, Northern District of New York. Nor has he timely re-registered with New York State Bar. Accordingly, he is relieved from his representation of plaintiff. Inasmuch as plaintiff wishes to proceed *pro se* (see Dkt. No. 79), the Court does not stay the matter. Plaintiff may, of course, retain counsel or request appointment of counsel at any time if he so desires.

It is therefore

ORDERED that Jeffrey R. Parry, Esq. is relieved from representation of plaintiff; and it is

further

ORDERED that the matter shall go forward without delay with plaintiff acting *pro se*; and it is further

ORDERED that within 30 days of the date of this Order, defendants' counsel shall arrange a telephone conference between plaintiff and defendants' counsel to finalize the settlement; and it is further

ORDERED that a status report be filed within 10 day after the telephone conference reporting on the settlement progress.

IT IS SO ORDERED.

January 29, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge